UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC, *et al.*,

                     Plaintiffs,

             -v-

IRVING H. PICARD,

                     Defendant.

21-CV-8678 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, governs this case. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

    SO ORDERED.

Dated: December 10, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge