UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,
                             Plaintiff-Applicant,

       -v-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
                             Defendant.
-----------------------------------------------------------X
In re

BERNARD L. MADOFF,                                                 21 CIVIL 8678 (JPO)

                                                                                       **JUDGMENT**

                             Debtor.
-----------------------------------------------------------X
IRVING H. PICARD, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and Bernard L. Madoff,
                             Plaintiff,

       -v-

THE GERALD AND BARBARA KELLER
FAMILY TRUST, GERALD E. KELLER,
individually and in his capacity as Trustee of the
Gerald and Barbara Keller Family Trust, BARBARA
KELLER, individually and in her capacity as Trustee
of the Gerald and Barbara Keller Family Trust,

                             Defendants.
-----------------------------------------------------------X

         It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2022, the Bankruptcy Court's decision is AFFIRMED; accordingly, the case is closed.

**Dated:**  New York, New York
           September 30, 2022

                                                            **RUBY J. KRAJICK**
                                                                **Clerk of Court**
                                         **BY:**      *K. Mango*
                                                                 **Deputy Clerk**